Jeff J. Friedman
Merritt A. Pardini
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

Attorneys for the Board of Education of the City of Chicago

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| IN RE: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |
| -----------------------------------------------------------x | |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 09-01455 (JMP) |
| LEHMAN BROTHERS SPECIAL FINANCING INC., | |
| Defendant. | |
| -----------------------------------------------------------x | |

STATE OF NEW YORK    )
                     :   ss.:   AFFIDAVIT OF SERVICE
COUNTY OF NEW YORK   )

Julian Santos, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and am employed by the firm of Katten Muchin Rosenman LLP.

2. On the 4th day of September, 2009, I served the **SUMMONS AND NOTICE OF PRE-TRIAL CONFERENCE IN AN ADVERSARY PROCEEDING; and COMPLAINT FOR DECLARATORY JUDGMENT** in this action, upon the following at the addresses indicated, by depositing true copies thereof, enclosed in properly addressed postpaid wrappers marked first class mail, in an official depository of the United States Postal Service within the State of New York:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Shai Y. Waisman, Esq

Lehman Brothers Special Financing Inc.
1271 Avenue of the Americas, 46th Floor
New York, NY 10020
**LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT**

Sworn to before me this
4th day of September, 2009

_____
Notary Public

Julian Santos

DARIEN PEREYRA
NOTARY PUBLIC, State of New York
No. 01PE6175245
Qualified in New York County
Commission Expires October 09, 2011